THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00085-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DONZELL ALI McKINNEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit for resentencing. [Docs. 41, 44].

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have the Defendant present in Asheville, North Carolina, for the May 26, 2023 sentencing term; and

(2) The Clerk of Court shall calendar this matter for that term.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**   Signed: April 16, 2023

Martin Reidinger
Chief United States District Judge